IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Kathryn Elder, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-3304-CV-S-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed August 14, 2015 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed August 14, 2015 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $4,828.50

                                        */s/ John T. Maughmer*
                                          **John T. Maughmer**
                                    **United States Magistrate Judge**